# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1861
_____

FRANK EDWIN STONE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

July 21, 2026


PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Ross S. Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Ryan E. Roy, Assistant Attorney General, Tallahassee, for Appellee.